DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

MARK A. ADAMS and LISA S. ADAMS,

Appellants,

v.

WILMINGTON SAVINGS FUND SOCIETY, FSB, as owner
trustee of the Residential Credit Opportunities Trust VI-A,
and BUCKHORN PRESERVE HOMEOWNERS ASSOCIATION,
INC.,

Appellees.

No. 2D2024-1077

———————————————

May 8, 2026

Appeal from the Circuit Court for Hillsborough County; Lindsay Alvarez,
Judge.

Luke Lirot of Luke Charles Lirot, P.A., Clearwater, for Appellants.

Melisa Manganelli of Law Offices of Manganelli, Leider & Savio, P.A.,
Boca Raton, for Appellee Wilmington Savings Fund Society, FSB.

No appearance for remaining Appellee.


PER CURIAM.

    Affirmed.

LUCAS, C.J., and BLACK and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.